Dear: MR. Dalleo

I'm writing you INREGARDS to Recieving a "Court docket Sheet" Concerning Case # 04-1439-KAJ. Also I would like to Give this Honorble Court the Correct Spealing OF the defendants last NAME INREGARDS to Case # 04-1439-KAJ; and that Spealen is C/O Coventry, George, Please Correct this MAstake, Also ther is a "motion" Attached to this letter. And that Motion is FOR leave to Add TO my AMENDED Complaint Cases # 04/1439-KAJ.

Thank you!

Derious J. Johnson
DERIOUS J. JOHNSON
SBI # 280324
21C-a-11
DElawae Correctional Center
1181 PADDOCK Road
Smyrna, De
19977

FILED

DEC 2 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

12/23/05
DATE



IM Precious J. Johnson
SBI# 288324   UNIT 21 C.4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street lockbox 18
Wilm, Del          19801-3570

19801/3570