In the United States District Court
For the District of Delaware

Derious J. Johnson
   Plaintiff

v.                                    Civil Action No. 04-1439-KAJ.
                                      Amended Complaint
George Coventry
   Defendant
                                      Jury trial Demanded

FILED
DEC 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Motion For leave to Add And File An Amended Complaint

Plaintiff Derious J. Johnson, Pursuant to Rules 15.1(A) And 19(A) Fed.R.Civ.P., Requests leave to file an Amended Complaint Cases # 04-1439-KAJ

(1.) On 12/22/05 Approx 5:17 am Correctional Officer And Defendant, "George Coventry" Proceeded to Collect Building 21C tier food trays. When at that time a place of Collecting Upper # 11 food tray witch is the plaintiff Derious J. Johnson Current place of Res      when c/o Coventry Defendant, took one of the food trays He defendant forcefully Pushed one of the food Trays inside of my Cell, Causing the food tray to Strike the plaintiff on his leg. When After this took place. Plaintiff Asked Defendant Coventry why did He do Such. defendant Stated that I Should Have Gave Him the food tray. Plaintiff Comely Stated to the defendant does He Relize that there is Still a lawsuit pending Against the Defendant. The defendant Stated "Fuck that lawsuit" and Countined to Slander plaintiffs Name Concerning

His current criminal charges. After this Harrasment from the Defendant, The plaintiff picked the food tray up off the floor of his cell Room and placed it back on the food serving flap. After this took place plaintiff Asked Another Correctional officer could he Reseve some medical Attion For His Brused Right lower leg. Also Plaintiff Requested to Speak to a Sargant, or Luitenit. So that this could Be Reported and Broug to light So that this Defendant does not Repeat this again.

(2) Finnally: The plaintiff Ask this Honorble Court to order and Place a "Temporary Restraining order" on the Defendant "George Coventry;" So that He wont Harrass the plaintiff, and that He knows to leave the plaintiff Be.

(3) Also, Plaintiff Seeks and prays that this Honorble Court Grant Him Appointment of Counsel For all the following issues that are to Complex For Plaintiff.

Wherefore, Plaintiffs motion Should Be Granted.

Derious J. Johnson
SBI# 280324
21C-411
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

12/23/05
DATE

x Derious J. Johnson

IM William J Johnson
SBI# 280324   UNIT 21 C-U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

WILMINGTON DE
28 DEC 2005

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilm, Del
19801-3570