OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 4, 2006

TO: Derious J. Johnson
SBI #280324
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE:* **Status Letter; 04-1439(KAJ)**

Dear Mr. Johnson:

   This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/bad
                              PETER T. DALLEO
                              CLERK

cc: The Honorable Kent A. Jordan

(6)

Dear: Mr. Dalleo

I'm writing you inregards to Recieving a "Court docket Sheet" Concerning Case # 04-1439-KAJ. Also I would like to Give this Honorble Court the Correct Spealing of the defendants last Name inregards to Case # 04-1439-KAJ., and that Spealin is c/o Coventry, George, Please Correct this Mastake, Also there is a "motion" Attached to this letter. And that Motion is For leave to Add To my Amended Complaint Cases # 04/1439-KAJ.

Thank you!

Derious J. Johnson
DERIOUS J. JOHNSON
SBI # 280324
21C-u-11
Delaware Correctional Center
1181 Paddock Road
Smyrna, De
19977



FILED
DEC 2 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

12/23/05
DATE